IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEBORAH R. ADOLFSSON, individually and
on behalf of P.E.A., a minor                                                                          PLAINTIFF

v.                                          Case No. 3:12-CV-03117

HAROLD WALTER MCKAY, III;
AMY LEE MCKAY; DAVID ETHRIDGE; and
ETHRIDGE AND COPELAND                                                                    DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion to Convert Complaint to a Petition for Habeas Corpus/Motion to Extend Time to Respond to Defendants' Motions to Dismiss (Doc. 17) is DENIED, and Defendants' Motions to Dismiss (Docs. 14 and 15) are both GRANTED. This matter is accordingly DISMISSED WITHOUT PREJUDICE. The parties are instructed to bear their own attorney's fees and costs.

IT IS SO ORDERED AND ADJUDGED this 8th day of April, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE